

| | | | |
|---|---|---|---|
| **Efile_Notice@laed.uscourts.gov** | To | InterdistrictTransfer_ALSD@alsd.uscourts.gov | |
| | cc | | |
| 12/09/2015 02:07 PM | bcc | | |
| | Subject | Transferred case has been opened | |

```
CASE: 1:15-cv-00540

DETAILS: Case transferred from Alabama Southern
has been opened in Eastern District of Louisiana
as case 2:15-cv-06130, filed 12/09/2015.
```